**Martin Allen JOHNSON, Plaintiff-Appellant,**

v.

**Robert MOORE, Superintendent, Clallam Bay Corrections Center, Defendant–Appellee.**

No. 89–35867.

United States Court of Appeals, Ninth Circuit.

Oct. 2, 1991.

Before TANG, D.W. NELSON and CANBY, Circuit Judges.

with probable cause could not be a sham.

## ORDER

The Opinion filed February 28, 1991, 926 F.2d 921, and the Amended Opinion filed April 15, 1991 are hereby withdrawn.